**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| MELVIN CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | CASE NO. 2:18-cv-00426-RBS-LRL |

## NOTICE OF SETTLEMENT

Plaintiff, Melvin Chapman ("Plaintiff"), by counsel, and Defendant, Portfolio Recovery Associates, LLC ("PRA"), by counsel, hereby submit the following Notice of Settlement. Plaintiff and PRA have reached an agreement to settle the above-captioned matter in full and will file the appropriate dismissal papers upon Plaintiff's receipt of the settlement funds.

Respectfully submitted,

Dated: April 5, 2019

By: */s/ Christopher Colt North*
Christopher Colt North (VSB No. 16955)
THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.
5629 George Washington Memorial Highway
Suite D
Yorktown, Virginia 23692
T: (757) 873-1010
F: (757) 873-8375
E-Mail: cnorthlaw@aol.com

-and-

By: */s/ Stephen D. Lozier*
Stephen D. Lozier (VSB No. 89365)
Sarah Warren S. Howlett (VSB No. 81867)
James K. Trefil (VSB No. 36358)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
T: (804) 697-1337 | F: (804) 697-1339
E-Mail: stephen.lozier@troutman.com
E-Mail: sarahwarren.howlett@troutman.com
E-Mail: james.trefil@troutman.com

*Counsel for Portfolio Recovery Associates, LLC*

Chris R. Miltenberger
THE LAW OFFICES OF CHRIS. R.
MILTENBERGER, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
T: (817) 416-5060
F: (817) 416-5062
E-Mail: chris@crmlawpractice.com
Admitted Pro Hac Vice

*Counsel for Plaintiff Melvin Chapman*

## CERTIFICATE OF SERVICE

This is to certify that on April 5, 2019, a true and correct copy of the above filed electronically and thereby served on counsel of record for Defendant as follows:

Sarah Warren S. Howlett, Esq.
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, Virginia 23219

By: */s/ Christopher Colt North*
      Christopher Colt North